IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| James Grant ) | |
| ) | |
|     *Plaintiff,* ) | 15-cv-8775 |
| ) | |
|     -vs- ) | *(Judge Shah)* |
| ) | |
| City of Chicago, ) | |
| ) | |
|     *Defendant.* ) | |

## STIPULATION OF DISMISSAL

IT IS STIPULATED between the parties by their respective undersigned counsel that this matter has been settled pursuant to a Release and Settlement Agreement and, therefore, the action may be dismissed with prejudice and without costs in accordance with the terms of the Release and Settlement Agreement.

    Kenneth N. Flaxman
    Kenneth N. Flaxman
    200 South Michigan Ave Ste 201
    Chicago, Illinois 60604
    knf@kenlaw.com
    (312) 427-3200

    *an attorney for plaintiff*

    Ellen McLaughlin (with consent)
    Ellen McLaughlin, ACC
    30 N LaSalle St., Ste 1230
    Chicago, IL 60602

    *an attorney for defendant*